UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

DAVID L. PRATT,

                Plaintiff,           **ORDER**
                                                         09 CV 2634 (KAM)(LB)

-against-

DETECTIVE GAMALIER MENDEZ,
NEW YORK CITY POLICE DEPARTMENT and
DETECTIVE SHAWN RYAN,

                Defendants.

------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

Defendants Ryan and Mendez have answered plaintiff's complaint. See docket entry 16. Plaintiff's motion for default judgment against defendants Ryan and Mendez is therefore denied. See docket entry 13.

The Court shall hold an initial pretrial conference pursuant to Fed. R. Civ. P. 16 on December 7, 2009 at 3:00 p.m. in Courtroom 11A of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. No planning conference pursuant to Rule 26(f), Fed. R. Civ. P., shall be required at this time. Parties are advised that they must contact each other before making any request for an adjournment to the Court. A request for an adjournment must be received in writing at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

                                                                /S/
                                                  LOIS BLOOM
                                                  United States Magistrate Judge

Dated: November 16, 2009
       Brooklyn, New York