

## THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**RYAN G. SHAFFER**
Assistant Corporation Counsel
E-mail: rshaffer@law.nyc.gov
Phone: (212) 788-1041
Fax: (212) 788-9776

The application is March 4, 2010
SO ORDERED. ✓ granted. ___denied.
/Signed by Judge Lois Bloom/
Lois Bloom, U.S.M.J.
Dated: 3/8/10
Brooklyn, New York

*Defendants shall produce copies of the DA's files to plaintiff by 3/23/10 and the status conference on 3/23/10 is adjourned to April 12, 2010 at 3:00 p.m. in Courtroom 11A.*

**BY ECF**
Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   David L. Pratt v. Gamalier Mendez et al.,
      09-CV-2634 09-CV-2929 09-CV-2930(KAM)(LB)

Your Honor:

      As the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York assigned to the above referenced matters, I write to respectfully request 1) an extension of time to provide plaintiff with copies of the Kings County District Attorney files in this matter from March 8, 2010, until March 23, 2010 and 2) an adjournment of the status conference presently scheduled for March 23, 2010 at 9:30 A.M. until the week of April 5, 2010 or such other time and date convenient to the Court. I have conferred with plaintiff and he consents to both requests.

      At the January 28, 2010 status conference in these matters, You Honor directed defendants to provide plaintiff with copies of the Kings County District Attorney files so that plaintiff would have an opportunity to consider them when discussing settlement. To date, those files have been requested several times, the first of which was on or about August 26, 2009. However, on March 1, 2010 when the undersigned contacted the Kings County District Attorneys Office to inquire about the availability of same, I was informed that they would attempt to provide this office with the requested files as soon as possible, but would not likely provide them before the Court's Deadline of March 8, 2010. As such, it is respectfully requested that the Court extend defendants' time to provide plaintiff the aforementioned files from March 8, 2010 to March 23, 2010.

      Additionally, because these files may help the parties evaluate their settlement positions it is respectfully requested that the Court adjourn the status conference presently scheduled for March 23, 2010 at 9:30 A.M. until the week of April 5, 2010. While defense

counsel are already engaged in the process of obtaining settlement authority in this matter, the aforementioned District Attorney files may aid defendants in accurately evaluating their settlement position. In light of the delay brought about by this request the parties will of course continue to discuss settlement in an attempt to resolve this matter on their own.

No previous requests have been made by either party for an extension of time to provide the district attorney files or for an adjournment of the March 23, 2010 settlement conference. Therefore it is respectfully requested that the Court grant 1) an extension of time to provide plaintiff with copies of the Kings County District Attorney files in this matter from March 8, 2010, until March 23, 2010 and 2) an adjournment of the status conference presently scheduled for March 23, 2010 at 9:30 A.M. until the week of April 5, 2010 or such other time and date convenient to the Court.

Thank you for your consideration of the matter herein.

Respectfully Submitted,

/s/

Ryan G. Shaffer
Assistant Corporation Counsel

cc:  Mr. David L. Pratt (By First Class Mail)
*Plaintiff Pro Se*
114 Vanderveer Street
Brooklyn, NY 11207