

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **RYAN G. SHAFFER**<br>Assistant Corporation Counsel<br>E-mail: rshaffer@law.nyc.gov<br>Phone: (212) 788-1041<br>Fax: (212) 788-9776 |

March 23, 2010

**BY ECF**
Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>David L Pratt v. Mendez et al.</u>, 09-CV-2634 (KAM)(LB)
          <u>David L. Pratt v. Mendez et al.</u>, 09-CV-2929 (KAM)(LB)
          <u>David L. Pratt v. Mendez et al.</u>, 09-CV-2930 (KAM)(LB)

Your Honor:

    As the Assistant Corporation Counsel representing defendants in the above-referenced matters, I write to advise the Court that the parties have reached an agreement to settle these matters for a total of One Thousand Dollars ($1,000.00) inclusive of costs and fees and divided by case in the following amounts:

- <u>David L Pratt v. Mendez et al.</u>, 09-CV-2634 (KAM)(LB) - **$333.00**

- <u>David L. Pratt v. Mendez et al.</u>, 09-CV-2929 (KAM)(LB) - **$333.00**

- <u>David L. Pratt v. Mendez et al.</u>, 09-CV-2930 (KAM)(LB) - **$334.00**

    As such, the parties respectfully request that the status conference scheduled for April 12, 2010 at 3:00 p.m. and all other presently scheduled deadlines, be adjourned without date. I have spoken with plaintiff who is proceeding <u>pro se</u> and he consents to this request.

*[Handwritten:]* Application is GRANTED. The conference on 4/12/10 is adjourned to 4/29/10 at 2:00 p.m. in Courtroom 11A unless the stipulation of settlement is filed before that date, in which case the conference shall be canceled.

/Signed by Judge Lois Bloom/
3/24/10

Defendants will forward to plaintiff Stipulations and Orders of Settlement and Dismissal for execution, along with other paperwork necessary to process the settlement checks as soon as possible. Upon receipt of the signed Stipulation, defendants will submit same for the Court's endorsement and filing.

Thank you for your consideration herein,

Respectfully submitted,

/s/

Ryan G. Shaffer
Assistant Corporation Counsel

cc: David L. Pratt (By First Class Mail)
*Plaintiff Pro Se*
114 Vanderveer Street
Brooklyn, NY 11207